E-FILED
Monday, 30 September, 2013  03:20:33 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM STAPLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 13-1296 |
| | ) |
| JOHANNA CHRISTIANSEN, | ) |
| | ) |
| Defendant. | ) |

### O R D E R

On July 23, 2013, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case.  More than fourteen (14) days have elapsed since the filing of the Report & Recommendation, and no objections have been made.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).  As the parties failed to present timely objections, any such objections have been waived.  Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge.  Suffice it to say that Plaintiff has brought this litigation alleging that Defendant committed acts of misconduct while acting in her capacity as a Federal Public Defender.  As such, the action is clearly removable to the federal forum pursuant to 28 U.S.C. § 1442(a)(1), and Plaintiff's objections to removal are baseless.  The Court concurs with the Magistrate Judge's detailed discussion and recommendation.

Accordingly, the Court now ADOPTS the Report & Recommendation [4] of the Magistrate Judge in its entirety. Plaintiff's Objections to Removal [3] are OVERRULED. This matter is again REFERRED to Magistrate Judge Cudmore for further proceedings.

ENTERED this 30th day of September, 2013.

s/ James E. Shadid
James E. Shadid
Chief United States District Judge