E-FILED
Friday, 22 November, 2013  02:18:19 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM STAPLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-1296 |
| | ) |
| JOHANNA CHRISTIANSEN, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On October 17, 2013, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case.  More than fourteen (14) days have elapsed since the filing of the Report & Recommendation, and no objections have been made.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).  As the parties failed to present timely objections, any such objections have been waived.  Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge.  Suffice it to say that Plaintiff has brought this litigation alleging that Defendant committed acts of misconduct while acting in her capacity as a Federal Public Defender, namely failing to disclose her employment with the Federal Public Defender's Office during her representation of him. The Court agrees that Plaintiff has failed to plead with sufficient specificity to promote the reasonable inference that Defendant misled him, that she acted intentionally to induce him to hire her or do anything else in connection with the litigation, that she had any idea that he did not understand that a public defender as an employee of the government, or

that he suffered any injury as a result.  The Court concurs with the Magistrate Judge's detailed discussion and recommendation.

Accordingly, the Court now ADOPTS the Report & Recommendation [12] of the Magistrate Judge in its entirety. Defendant's Motion to Dismiss [5] is GRANTED, and the Complaint is dismissed.  This matter is now terminated.

ENTERED this 22nd day of November, 2013.

s/ James E. Shadid
James E. Shadid
Chief United States District Judge